# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DANIEL M. HOAG,

    *Plaintiff*

v.

CITY OF QUINCY, et al,

    *Defendant*

Civil Action No.  2:14-CV-363-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Bastian  on a motion for Summary Judgment. Defendants' Motion for Summary Judgment is GRANTED.  Judgment in favor of Defendants.

Date:  12/7/2015

*CLERK OF COURT*

SEAN F. McAVOY

s/ Cheryl Cambensy
*(By) Deputy Clerk*

Cheryl Cambensy